**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BLUE CALYPSO, INC. | § § | |
| v. | § § | Case No. 6:12-cv-00486-JRG |
| GROUPON, INC. | § | |

**MINUTES FOR MOTIONS HEARING**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
May 27, 2015

**OPEN:** 3:00 p.m.　　　　　　　　　　　　　　　　**ADJOURN:** 3:48 p.m.

ATTORNEYS FOR PLAINTIFF:　　　　(See attached.)

ATTORNEYS FOR DEFENDANTS:　　　(See attached.)

LAW CLERK:　　　　　　　　　　　James Wang

COURT REPORTER:　　　　　　　　Shelly Holmes, CSR-TCRR

COURTROOM DEPUTY:　　　　　　Jan Lockhart

| Time | Minutes |
|---|---|
| 3:00 p.m. | Court opened. Counsel announced ready. |
| | The Court heard argument Plaintiff's Motion for Entry of an Order Focusing Patent Claims and Prior Art. Mr. Hill, Mr. Cox and Ms. Gills argued on behalf of the parties. |
| | The Court ruled and carried ruling on the issues for the reasons set forth at the hearing. |
| 3:48 p.m. | Court adjourned. |